UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　John W Brown<br>　　Stephanie A Brown<br>　　　　　Debtor(s) | Case No. 14 B 28235 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2014.

2) The plan was confirmed on 12/16/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/02/2015.

5) The case was Dismissed on 11/10/2015.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,084.74 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,084.74

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,392.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $483.41 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,875.41

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Hospital | Unsecured | 333.50 | NA | NA | 0.00 | 0.00 |
| Amb Anesthesiologists of Chicago | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 96.00 | 96.62 | 96.62 | 0.00 | 0.00 |
| Bankcard Services | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 24,278.03 | 24,278.03 | 24,278.03 | 4,935.47 | 873.36 |
| Capital One Auto Finance | Secured | 9,200.00 | 12,763.01 | 9,200.00 | 2,073.52 | 326.98 |
| Capital One Auto Finance | Unsecured | NA | 3,563.01 | 3,563.01 | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 661.00 | 661.64 | 661.64 | 0.00 | 0.00 |
| Cbe Group | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Cci | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 56.10 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| Citgo/Cbna | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,500.00 | 2,223.38 | 2,223.38 | 0.00 | 0.00 |
| Consultants in Clinical Pathology | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CVS Caremark | Unsecured | 57.44 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 5,093.00 | 5,240.08 | 5,240.08 | 0.00 | 0.00 |
| Endodonics/Amerik Singh | Unsecured | 372.10 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 330.89 | NA | NA | 0.00 | 0.00 |
| Equiant Financial Svcs | Secured | 4,605.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 51.62 | NA | NA | 0.00 | 0.00 |
| Franciscan Express Care | Unsecured | 41.30 | NA | NA | 0.00 | 0.00 |
| Franciscan St. James Health | Unsecured | 661.94 | NA | NA | 0.00 | 0.00 |
| Franciscan St. James Health | Unsecured | 465.46 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Genesis Financial Services Corp | Unsecured | 1,000.00 | 1,749.60 | 1,749.60 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 800.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 861.52 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Samopson | Unsecured | 976.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary | Unsecured | 1,171.50 | NA | NA | 0.00 | 0.00 |
| Lou Harris & Co. | Unsecured | 245.01 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 775.37 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Consultan | Unsecured | 98.20 | NA | NA | 0.00 | 0.00 |
| Orchard Bank | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Professional Clinical Labs | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Rada Colakovic | Unsecured | 4,571.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,027.00 | 997.09 | 997.09 | 0.00 | 0.00 |
| Sarah Bush Lincoln Health Center | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| SFZ Corporation | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| South Division Credit Union | Unsecured | 7,888.00 | NA | NA | 0.00 | 0.00 |
| Specialty Physicians of IL | Unsecured | 68.10 | NA | NA | 0.00 | 0.00 |
| Specialty Physicians of IL | Unsecured | 906.86 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Thomas John Vision Institute | Unsecured | 475.20 | NA | NA | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $33,478.03 | $7,008.99 | $1,200.34 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,478.03** | **$7,008.99** | **$1,200.34** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,531.42** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,875.41 |
| Disbursements to Creditors | $8,209.33 |
| **TOTAL DISBURSEMENTS** : | **$13,084.74** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/11/2016                                By: /s/ Marilyn O. Marshall
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.